IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )        8:09CR35
                               )
       v.                      )
                               )
JOSEPH J. PRINCE,              )        ORDER
                               )
            Defendant.         )
_____)
```

This matter is before the Court on defendant's motion to continue trial (Filing No. 30) in anticipation of the entry of a plea.  The Court notes that plaintiff has no objection.  Accordingly,

IT IS ORDERED that defendant's motion is granted; a Rule 11 hearing scheduled for:

**Thursday, November 5, 2009, at 11 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  The parties will have time to finalize the plea agreement, and the Court's schedule requires the continuance.  The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between September 28, 2009, and November 5, 2009, shall be deemed

excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 23rd day of September, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court